FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
*4:52 pm, Aug 30, 2023*
JEFFREY P. COLWELL, CLERK

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

(To be supplied by the court)

Y A R I T Z A   D I A Z ,
_____, Plaintiff

v.

EL PASO COUNTY DEPARTMENT OF
_____,

HUMAN SERVICES,
_____,

_____,

_____, Defendant(s).

**Jury Trial requested:**
**(please check one)**
__X__ **Yes** ____ **No**

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

---

## EMPLOYMENT DISCRIMINATION COMPLAINT

---

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

## A.    PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Yaritza Diaz, 6220 Tin Star Drive, Colorado Springs, CO

(Name and complete mailing address)                    80923

719-930-2553            Delcarmen17@msn.com

(Telephone number and e-mail address)

## B.    DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    El Paso County Department of Human Services, 1675 W. Garden of the Gods Road, 3rd Floor, Colorado Springs, CO 80907

(Name and complete mailing address)

719-636-0000

(Telephone number and e-mail address if known)

Defendant 2:    _____

(Name and complete mailing address)

_____

(Telephone number and e-mail address if known)

## C.    JURISDICTION

*Identify the statutory authority that allows the court to consider your claim(s): (check all that apply)*

__X__    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, et seq. (employment discrimination on the basis of race, color, religion, sex, or national origin)

__X__    Americans with Disabilities Act, as amended, 42 U.S.C. §§ 12101, et seq. (employment discrimination on the basis of a disability)

____    Age Discrimination in Employment Act, as amended, 29 U.S.C. §§ 621, et seq. (employment discrimination on the basis of age)

__X__    Other: *(please specify)* ___Pregnancy Discrimination Act_____

2

**D.    STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action and the specific facts that support each claim. If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:    See attached. _____

The conduct complained of in this claim involves the following: (*check all that apply*)

_____ failure to hire                    _____ different terms and conditions of employment

_____ failure to promote              __X__ failure to accommodate disability

__X__ termination of employment    __X__ retaliation

_____ other: (*please specify*) _____

Defendant's conduct was discriminatory because it was based on the following: (*check all that apply*)

_____ race          _____ religion       __X__ national origin          _____ age
                                                              hispanic

_____ color        __X__ sex             __X__ disability
                           female & pregnancy       pregnancy

Supporting facts:       See D. Statement of Claims and EEOC Charge

3

## D. STATEMENT OF CLAIMS

**CLAIM ONE**: Title VII and PDA - Failure to Accommodate. On August 5, 2020, Plaintiff gave EPC-DHS a letter from her pregnancy doctor, pursuant to the Vulnerable Employee Program to allow Plaintiff to continue to work at home through her pregnancy, like she already was doing during the COVID-19 pandemic, out of concern for Plaintiff's and the unborn child's health.  On August 6, 2020, Plaintiff gave EPC-DHS this reasonable accommodation doctor letter. On August 6, 2020, EPC-DHS failed to accommodate Plaintiff a few hours after Plaintiff gave EPC-DHS her doctor letter, and instead, EPC-DHS placed Plaintiff on paid administrative leave. On September 14, 2020, EPC-DHS notified Plaintiff with a Notice of Intent to Terminate Employment letter as an Income Maintenance Specialist, who had met EPC-DHS's expectations since her hire on April 6, 2009.

**CLAIM TWO**: Title VII and PDA – Constructive Discharge/Termination. In the September 14, 2020 Notice of Intent to Terminate, Julie Krow, Executive Director, admitted she knew Plaintiff was pregnant: "You explained that you are pregnant and Supervisor Meghan Dawkins suggested you could apply for Medical Assistance as secondary insurance" to cover Plaintiff's pregnancy expenses. On August 4, 2020, Plaintiff told Marlyn Aona, the DHS technician, who reviewed Plaintiff's Medical Assistance application, that she was pregnant and was applying only to help her cover her pregnancy. After this exchange, Aona falsely accused Plaintiff to EPC-DHS of under-reporting her husband's income from April 30, 2013 to March 31, 2019, when her husband and two children received medical assistance  benefits, and July 2020, when Plaintiff requested secondary medical assistance only to cover her pregnancy medical expenses. On November 2, 2020, Plaintiff was constructively discharged  when she was forced to resign or be terminated for cause based on Aona's false accusations. On or about May 6, 2022, Plaintiff was charged with criminal theft by Defendant based on Aona's false allegations of medical assistance fraud, and was scheduled for trial on August 29, 2023. On August 28, 2023, Defendant dropped all charges against Plaintiff and the judge dismissed the case. As a result of Defendant's dropping the charges, the basis for Defendant's Notice of Intent to Terminate Employment letter, EPC-DHS admitted it had no legitimate non-discriminatory reason to terminate Plaintiff for fraud.

**CLAIM THREE**: Title VII and PDA – Retaliation. The reasons for Defendant placing Plaintiff on administrative leave intending to terminate her and constructively discharging her included not only the pretextual false allegations of underreporting her husband's income on her 2020 Medicaid application but also because she requested reasonable accommodation to work at home pursuant to Defendant's own policies, and was retaliated against for making this request by the adverse actions of denial of administrative leave and constructive discharge.

**CLAIM FOUR**: ADAAA – Failure to Accommodate. Plaintiff incorporates by reference Claim One.

**CLAIM FIVE**: ADAAA - Constructive Discharge/Termination. Plaintiff incorporates by reference Claim Two.

**CLAIM SIX**: ADAAA - Retaliation. Plaintiff incorporates by reference Claim Three.

## F. REQUEST FOR RELIEF

A)  Grant a permanent injunction enjoining Defendant, its directors, officers, employees, agents, successors, heirs and assigns, and all persons in active concert or participation with them, from engaging in, ratifying, or refusing to correct, employment practices which discriminate in violation of the ADAAA, Title VII and PDA;

B)  Order Defendant to institute and implement, training programs, policies, practices, and programs designed to ensure the company provides equal employment opportunities for pregnant females with disabilities related to pregnancy;

C)  Order EPC to make whole Yartiza Diaz, by providing reinstatement, appropriate back pay with prejudgment interest, and front pay in lieu of reinstatement if reinstatement is not ordered, in amounts to be determined at trial, and all other affirmative legal and equitable relief necessary to eradicate the effects of its unlawful employment practices;

D)  Order Defendant to pay Plaintiff liquidated and compensatory damages in an amount to be determined at trial;

E)  That EPC be directed to pay to Diaz a sum equal to the damages she has suffered as a result of the embarrassment, humiliation, insult and emotional suffering as a result of the ADAAA, Title VII and PDA violations committed against her by EPC;

2

F)    Order Defendant to pay Plaintiff the reasonable attorney's fees and costs and other legal expenses incurred by Plaintiff in this matter;

G)    Order Defendant to remove and expunge, or to cause to be removed and expunged, all negative, discriminatory, and/or defamatory memoranda and documentation from Plaintiff's record of employment;

H)    Order Defendant to pay Plaintiff an additional amount to offset the negative tax consequences of the balance of the court's award, in order to effectuate the essential purpose of the remedial goal expressed in the statutes, of making whole the victim of discrimination; and

I)    Award such other legal and equitable relief as the court deems appropriate and just.

3

## E.     ADMINISTRATIVE PROCEDURES

Did you file a charge of discrimination against defendant(s) with the Equal Employment Opportunity Commission or any other federal or state agency? (*check one*)

    <u> X </u> Yes (***You must attach a copy of the administrative charge to this complaint***)

    <u>   </u> No

Have you received a notice of right to sue? (*check one*)

    <u>   </u> Yes (***You must attach a copy of the notice of right to sue to this complaint***)

    <u> X </u> No    I did not receive in the mail a NRTS letter

## F.     REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "F. REQUEST FOR RELIEF."* SEE ATTACHED

## G.     PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

*Yaritza Diaz*
(Plaintiff's signature)

August 29, 2023
(Date)

(Revised February 2022)

4

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | ☐ FEPA<br>☒ EEOC | 541-2021-02199<br>Rec'd: 2021_07-08 |

and EEOC

State or local Agency, if any

| Name (Indicate Mr., Ms., Mrs.) | Home Phone (Incl. Area Code) | Date of Birth |
|---|---|---|
| Mrs. Yaritza Del Carmen Diaz | (719) 930-2553 | 03/17/1982 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 6220 Tin Star Drive | Colorado Springs, CO 80923 | |

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (If more than two are named, list under PARTICULARS below.)

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| El Paso County Department of Human Services | +15 | (719) 636-0000 |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| 1675 W. Garden of the Gods Road, 3rd Floor | Colorado Springs, CO 80907 | |

| Name | No. Employees, Members | Phone No. (Incl. Area Code) |
|---|---|---|
| | | |

| Street Address | City, State and ZIP Code | |
|---|---|---|
| | | |

DISCRIMINATION BASED ON (Check appropriate box(es).)

☐ RACE ☐ COLOR ☒ SEX ☐ RELIGION ☒ NATIONAL ORIGIN

☐ RETALIATION ☐ AGE ☐ DISABILITY ☐ GENETIC INFORMATION

☒ OTHER (Specify) Sex - Pregnancy

DATE(S) DISCRIMINATION TOOK PLACE
Earliest: Sep 14, 2020   Latest: Nov 2, 2020

☒ CONTINUING ACTION

THE PARTICULARS ARE (If additional paper is needed, attach extra sheet(s)):

I. A. TERMINATION – DUE TO MY SEX – FEMALE AND PREGNANCY

B. PRIMA FACIE ALLEGATIONS

1. My sex is female.
2. My work performance as an Income Maintenance Specialist I met Respondent's expectations. I was hired on April 6, 2009.
3. On September 14, 2020, I was given a Notice of Intent to Terminate Employment letter for alleged Medicaid fraud.
4. On September 14, 2020, I was pregnant and Julie Krow, Executive Director, knew I was pregnant: "You explained that you are pregnant and Supervisor Meghan Dawkins suggested you could apply for Medical Assistance as secondary insurance."
5. On August 4, 2020, I told Marlyn Aona, the DHS technician who reviewed my Medical Assistance application, in which I said I was pregnant: "I'm the only one that has income, and yes I'm still an LPR. I was really only applying for me to help cover my pregnancy."
6. On August 4, 2020, after I communicated the foregoing to DHS Technician Aona, she falsely accused me of under-reporting the income of my husband, Gary Bates, from April 20, 2013 to March 31, 2019, when my husband, our daughter and his son, received medical assistance benefits and July 2020, when I was requesting secondary medical assistance only to cover pregnancy medical expenses.
7. On November 2, 2020, I was constructively discharged when I was forced to resign from my position or be terminated for cause.
8. The reasons for my termination are false and pretext for sex, female, and sex, female, pregnancy discrimination. (See attached)
9. Similarly situated male employees and non-pregnant female employees were not constructively discharged and forced to resign or be terminated.

II. A. TERMINATION – DUE TO MY NATIONAL ORIGIN

B. PRIMA FACIE ALLEGATIONS

1. My national origin is Hispanic/Latina. 2. I incorporate by reference Section I above, 1-7, 8. The reasons for my termination are false and pretext for national origin, Hispanic/Latina discrimination. 9. Similarly situated non-Hispanic/Latina employees were not constructively discharged and forced to resign or be terminated.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – When necessary for State or Local Agency Requirements |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| X 7/03/2021   X *Yaritza Diaz* (signature)<br>Date          Charging Party Signature | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (month, day, year) |

EEOC Form 161 (1/08)

## U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION

## DISMISSAL AND NOTICE OF RIGHTS

To: Yaritza Del Carmen Diaz
6220 Tin Star Drive
Colorado Springs, CO 80923

From: **Denver Field Office**
**950 17th Street**
**Suite 300**
**Denver, CO 80202**

☐ *On behalf of person(s) aggrieved whose identity is*
*CONFIDENTIAL (29 CFR § 1601.7(a))*

| EEOC Charge No. | EEOC Representative | Telephone No. |
|---|---|---|
| | **Helbis Varangot** | |
| 541-2021-02199 | **Enforcement Supervisor** | (720) 779-3612 |

### THE EEOC IS CLOSING ITS FILE ON THIS CHARGE FOR THE FOLLOWING REASON:

☐ The facts alleged in the charge fail to state a claim under any of the statutes enforced by the EEOC.

☐ Your allegations did not involve a disability as defined by the Americans with Disabilities Act.

☐ The Respondent employs less than the required number of employees or is not otherwise covered by the statutes.

☐ Your charge was not timely filed with EEOC; in other words, you waited too long after the date(s) of the alleged discrimination to file your charge.

☒ The EEOC issues the following determination: Based upon its investigation, the EEOC is unable to conclude that the information obtained establishes violations of the statutes. This does not certify that the respondent is in compliance with the statutes. No finding is made as to any other issues that might be construed as having been raised by this charge

☐ The EEOC has adopted the findings of the state or local fair employment practices agency that investigated this charge

☐ Other *(briefly state)*

### - NOTICE OF SUIT RIGHTS -
*(See the additional information attached to this form.)*

**Title VII, the Americans with Disabilities Act, the Genetic Information Nondiscrimination Act, or the Age Discrimination in Employment Act**: This will be the only notice of dismissal and of your right to sue that we will send you. You may file a lawsuit against the respondent(s) under federal law based on this charge in federal or state court. Your lawsuit **must be filed WITHIN 90 DAYS from your receipt of this Notice**; or your right to sue based on this charge will be lost. (The time limit for filing suit based on a claim under state law may be different.)

**Equal Pay Act (EPA)**: EPA suits must be filed in federal or state court within 2 years (3 years for willful violations) of the alleged EPA underpayment. This means that **backpay due for any violations that occurred more than 2 years (3 years) before you file suit may not be collectible.**

On behalf of the Commission

*Helbis Varangot*         For:         May 31, 2023

Enclosure(s)

Amy Burkholder,
**Field Office Director**

*(Date Mailed)*

Cc: El Paso County Department
Scott Mayer

Enclosure with EEOC Form 161 (11/09)

**INFORMATION RELATED TO FILING SUIT UNDER THE LAWS ENFORCED BY THE EEOC**

*(This information relates to filing suit in Federal or State court under Federal law . If you also plan to sue claiming violations of State law, please be aware that time limits and other provisions of State law may be shorter or more limited than those described below.)*

**PRIVATE SUIT RIGHTS --**

**Title VII of the Civil Rights Act, the Americans with Disabilities Act (ADA), the Genetic Information Nondiscrimination Act (GINA), or the Age Discrimination in Employment Act (ADEA):**

In order to pursue this matter further, you must file a lawsuit against the respondent(s) named in the charge **within 90 days of the date you *receive* this Notice**. Therefore, you should **keep a record of this date**. Once this 90- day period is over, your right to sue based on the charge referred to in this Notice will be lost. If you intend to consult an attorney, you should do so promptly. Give your attorney a copy of this Notice, and its envelope, and tell him or her the date you received it. Furthermore, in order to avoid any question that you did not act in a timely manner, it is prudent that your suit be filed **within 90 days of the date this Notice was *mailed* to you** (as indicated where the Notice is signed) or the date of the postmark, if later. Your lawsuit may be filed in U.S. District Court or a State court of competent jurisdiction. (Usually, the appropriate State court is the general civil trial court.) Whether you file in Federal or State court is a matter for you to decide after talking to your attorney. Filing this Notice is not enough. You must file a "complaint" that contains a short statement of the facts of your case which shows that you are entitled to relief. Your suit may include any matter alleged in the charge or, to the extent permitted by court decisions, matters like or related to the matters alleged in the charge. Generally, suits are brought in the State where the alleged unlawful practice occurred, but in some cases can be brought where relevant employment records are kept, where the employment would have been, or where the respondent has its main office. If you have simple questions, you usually can get answers from the office of the clerk of the court where you are bringing suit, but do not expect that office to write your complaint or make legal strategy decisions for you.

**PRIVATE SUIT RIGHTS -- Equal Pay Act (EPA):**

EPA suits must be filed in court within 2 years (3 years for willful violations) of the alleged EPA underpayment: back pay due for violations that occurred **more than 2 years (3 years) before you file suit** may not be collectible. For example, if you were underpaid under the EPA for work performed from 7/1/08 to 12/1/08, you should file suit before 7/1/10 -- *not* 12/1/10 -- in order to recover unpaid wages due for July 2008. This time limit for filing an EPA suit is separate from the 90-day filing period under Title VII, the ADA, GINA or the ADEA referred to above. Therefore, if you also plan to sue under Title VII, the ADA, GINA or the ADEA, in addition to suing on the EPA claim, suit must be filed within 90 days of this Notice and within the 2- or 3-year EPA back pay recovery period.

**ATTORNEY REPRESENTATION -- Title VII, the ADA or GINA:**

If you cannot afford or have been unable to obtain a lawyer to represent you, the U.S. District Court having jurisdiction in your case may, in limited circumstances, assist you in obtaining a lawyer. Requests for such assistance must be made to the U.S. District Court in the form and manner it requires (you should be prepared to explain in detail your efforts to retain an attorney). Requests should be made well before the end of the 90-day period mentioned above, because such requests do not relieve you of the requirement to bring suit within 90 days.

**ATTORNEY REFERRAL AND EEOC ASSISTANCE -- All Statutes:**

You may contact the EEOC representative shown on your Notice if you need help in finding a lawyer or if you have any questions about your legal rights, including advice on which U.S. District Court can hear your case. If you need to inspect or obtain a copy of information in EEOC's file on the charge, please request it promptly in writing and provide your charge number (as shown on your Notice). While EEOC destroys charge files after a certain time, all charge files are kept for at least 6 months after our last action on the case. Therefore, if you file suit and want to review the charge file, **please make your review request within 6 months of this Notice**. (Before filing suit, any request should be made within the next 90 days.)

***IF YOU FILE SUIT, PLEASE SEND A COPY OF YOUR COURT COMPLAINT TO THIS OFFICE***