**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02230-DDD

YARITZA DIAZ,

     Plaintiff,

v.

EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,

     Defendant.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

To:  Clerk of the United States District Court for the District of Colorado.

You are hereby requested to enter my appearance as counsel for Defendant El Paso County Department of Human Services in the above-entitled action.

Dated this 29th day of September, 2023.

OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO

By:    */s/ Dorey L. Spotts*
       Dorey L. Spotts, Reg. No. 50909
       Assistant County Attorney
       El Paso County Attorney's Office
       200 S. Cascade Ave.
       Colorado Springs, CO 80903
       (719)520-6485 (Main Office Line)
       (719)520-6487 (Fax)
       DoreySpotts@elpasoco.com
       *Attorney for Defendant El Paso County*
       *Department of Human Services*

## CERTIFICATE OF SERVICE

I hereby certify that on September 29,2023, I electronically filed the foregoing **NOTICE OF ENTRY OF APPEARANCE** with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants, and I will serve a copy on the following non-CM/ECF participant via U.S. Mail, as follows:

VIA U.S. MAIL
Yaritza Diaz
6220 Tin Star Drive
Colorado Springs, CO 80923
*Plaintiff*

*/s/ Dee Lambert*
Legal Office Administrator