**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02230-DDD-MDB

YARITZA DIAZ,

Plaintiff,

v.

EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,

Defendant.

---

**DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS**

---

Defendant El Paso County Department of Human Services ("Defendant" or "EPC DHS") moves to extend its time to file a Reply in further support of its Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) ("Motion to Dismiss") by fourteen (14) days, stating as follows:

1. Undersigned counsel conferred with Plaintiff's counsel via telephone on January 24, 2024, and via email on January 31, 2024. See C.R.C.P. 121, § 1-15(8) and D.C.COLO.LCivR 7.1(a). Plaintiff's counsel does not object to the relief requested.
2. Defendant filed its Motion to Dismiss on November 27, 2023. (Doc. No. 7).
3. Plaintiff filed her Response to the Motion to Dismiss on January 23, 2024. (Doc. No. 16).
4. Pursuant to this Court's Order of December 5, 2023 (Doc. No. 13), Defendants' Reply is currently due on February 6, 2024.
5. On January 10, 2024, and again on January 24, 2024, counsel for Plaintiff indicated he was anticipating filing an Amended Complaint. The current deadline for the parties to amend the pleadings is February 15, 2024.

6. Defendant requests an extension of fourteen (14) days, up to and including February 20, 2024, to file its Reply to Plaintiff's Response to the Motion to Dismiss, in order to determine whether or not the Plaintiff will be amending her Complaint.
7. Good cause thus supports the Defendant's request for an extension of time.
8. This Motion is not intended to cause unnecessary delay in the proceedings and will not result in prejudice to either party.
9. This is the Defendant's first request for an extension of time in which to file a Reply in Support of its Motion to Dismiss. *See* D.C.COLO.LCivR 6.1(b).
10. Undersigned counsel certifies that this motion has been served upon the parties in this case.

WHEREFORE, the Defendant respectfully asks the Court to grant the motion and extend its deadline to file a Reply to Plaintiff's Response to its Motion to Dismiss by fourteen (14) days, up to and including February 20, 2023.

RESPECTFULLY SUBMITTED this 31st day of January 2024.

OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO

By: *<u>/s/ Dorey L. Spotts</u>*
Dorey L. Spotts, Reg. No. 50909
Assistant County Attorney
Nathan J. Whitney, Reg. No. 39002
First Assistant County Attorney
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719)520-6485 (Main Office Line)
(719)520-6487 (Fax)
NathanWhitney@elpasoco.com
DoreySpotts@elpasoco.com
*Attorneys for Defendant El Paso County Department of Human Services*

**I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1)**

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 31, 2024, I electronically filed the foregoing **DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT'S MOTION TO DISMISS** with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants, as follows:

Scott A. Mayer
5599 S. Hanover Way
Greenwood Village, CO 80111
Scottm2525@yahoo.com
*Attorney for Plaintiff Yaritza Diaz*

*/s/ Meleah Williams*
Paralegal