**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02230-DDD-MDB

YARITZA DIAZ,

Plaintiff,

v.

EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,
and SHAWN M. NIELSEN, individually,

Defendants.

---

**UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT SHAWN M. NIELSEN'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT**

---

Defendant, Shawn M. Nielsen, individually, ("Defendant" or "Nielsen"), by and through the Office of the County Attorney of El Paso County, moves to extend her time to file a Reply in further support of her Partial Motion to Dismiss Plaintiff's First Amended Complaint (Doc. No. 38) ("Partial Motion to Dismiss") by seven (7) days, stating as follows:

1. Undersigned counsel conferred with Plaintiff's counsel via email on May 21, 2024. See C.R.C.P. 121, § 1-15(8) and D.C.COLO.LCivR 7.1(a). Plaintiff's counsel does not object to the relief requested.
2. Defendant Nielsen filed her Partial Motion to Dismiss Plaintiff's First Amended Complaint on April 22, 2024. (Doc. No. 38).
3. Plaintiff filed her Response to the Motion to Dismiss on May 13, 2024. (Doc. No. 39).
4. Defendant Nielsen's Reply is currently due on May 27, 2024.

5. Due to the complexity of the arguments and number of cases cited in the Plaintiff's Response, undersigned counsel respectfully requests an additional seven (7) days to fully research and adequately prepare their reply, up to and including June 3, 2024.
6. Good cause thus supports Defendant Nielsen's request for an extension of time.
7. This Motion is not intended to cause unnecessary delay in the proceedings and will not result in prejudice to either party.
8. This is Defendant Nielsen's first request for an extension of time in which to file a Reply in Support of her Partial Motion to Dismiss. *See* D.C.COLO.LCivR 6.1(b).
9. Undersigned counsel certifies that this motion has been served upon the parties in this case.

WHEREFORE, Defendant Nielsen respectfully asks the Court to grant the motion and extend her deadline to file a Reply to Plaintiff's Response to her Partial Motion to Dismiss by seven (7) days, up to and including June 3, 2024.

RESPECTFULLY SUBMITTED this 21st day of May 2024.

OFFICE OF THE COUNTY ATTORNEY
OF EL PASO COUNTY, COLORADO

By: *<u>/s/ Dorey L. Spotts</u>*
Dorey L. Spotts, Reg. No. 50909
Assistant County Attorney
Nathan J. Whitney, Reg. No. 39002
First Assistant County Attorney
200 S. Cascade Ave.
Colorado Springs, CO 80903
(719)520-6485 (Main Office Line)
(719)520-6487 (Fax)
NathanWhitney@elpasoco.com
DoreySpotts@elpasoco.com
*Attorneys for Defendants El Paso County Department of Human Services and Shawn M. Nielsen*

**I hereby certify that the foregoing pleading complies with the type-volume limitation set forth in Judge Domenico's Practice Standard III(A)(1)**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 21, 2024, I electronically filed the foregoing **UNOPPOSED MOTION FOR EXTENSION OF TIME TO REPLY TO PLAINTIFF'S RESPONSE TO DEFENDANT SHAWN M. NIELSEN'S PARTIAL MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT** with the Clerk of Court using the CM/ECF system which will serve a copy on all CM/ECF participants, as follows:

Scott A. Mayer
5599 S. Hanover Way
Greenwood Village, CO 80111
Scottm2525@yahoo.com
*Attorney for Plaintiff Yaritza Diaz*

*/s/ Meleah Williams*
Paralegal