FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO
8:40 am, Dec 02, 2025
JEFFREY P. COLWELL, CLERK

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:23-cv-02230-DDD-MDB

YARITZA DIAZ,

Plaintiff,

v.

EL PASO COUNTY DEPARTMENT OF HUMAN SERVICES,

Defendant.

---

**Plaintiff's Response to Defendant's Status Report**

---

Plaintiff Yaritza Diaz hereby responds to Defendant's Status Report (Doc. 70) and states the following:

1. Plaintiff confirms receipt of the Defendant's discovery production and confirms that a Motion for Extension of Time regarding the Joint Status Report was conferred upon on November 24, 2025, and is pending the Court's ruling.

2. Regarding Paragraph 4, while some documents had been previously seen, the volume and complexity of the County's internal production (e.g., personnel files, inter-office communications, and policy documentation) still required extensive review to correlate with the Plaintiff's multiple federal claims. The extension is necessary to ensure the Plaintiff meets her obligations to the Court.

3. Regarding Paragraph 5, the Plaintiff respectfully agrees with the Defendant's request for a settlement conference before Magistrate Judge Braswell, in hopes of reaching an amicable resolution.

4. The Plaintiff requests the Court to schedule the Settlement Conference as requested.

RESPECTFULLY SUBMITTED this 1st day of December 2025.

*/s/ Yaritza Diaz*
*Plaintiff Pro Se*
*Yaritza Diaz*
*1026 E. Las Animas St.*
*Colorado Springs, CO 80903*
*Delcarmen17@msn.com*

**CERTIFICATE OF SERVICE**

I hereby certify that on December 1, 2025,

I sent a copy of the **Plaintiff's Response to Defendant's Status Report**

to the following parties in the way described below each party's name:

VIA: EMAIL

*Dorey L. Lindemann*
*Senior County Attorney*
*200 S. Cascade Ave.*
*Colorado Springs, CO 80903*
*DoreyLindemann@elpasoco.com*
*Attorney for Defendant El Paso County*
*Department of Human Services*

/s/ Yaritza Diaz
Plaintiff Pro Se